# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>as co-trustees respectively of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Co-Plaintiffs,<br><br>v.<br><br>ALLAN FRIEDMAN, *et. al.*,<br><br>Defendants. | Adv. Proc. No. 19-00296 (LTS) |

## NOTICE OF DISMISSAL IN ACCORDANCE WITH THIS COURT'S ORDER CONFIRMING MODIFIED EIGHTH AMENDED JOINT PLAN OF ADJUSTMENT

To the Honorable United States Magistrate Judge Judith G. Dein:

Plaintiffs, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, acting by and through its members, and the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, hereby give notice pursuant to paragraph 8 of the *Order And Judgment Confirming Modified Eighth Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Public Buildings Authority* [Case No. 17-3283, Docket No. 19813] (the "Confirmation Order") that the above-

2

captioned adversary proceeding² is dismissed with prejudice, unless and to the extent the Confirmation Order is overturned on appeal.

Dated: April 25, 2022
       San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| /s/ Kenneth C. Suria | /s/ G. Alexander Bongartz |
| **ESTRELLA, LLC** | |
| Kenneth C. Suria (USDC-PR 213302) | PAUL HASTINGS LLP |
| Alberto Estrella (USDC-PR 209804) | G. Alexander Bongartz, Esq. *(Pro Hac Vice)* |
| Carlos Infante, Esq. (USDC-PR 301801) | Luc A. Despins, Esq. *(Pro Hac Vice)* |
| P. O. Box 9023596 | James R. Bliss, Esq. *(Pro Hac Vice)* |
| San Juan, Puerto Rico 00902–3596 | Nicholas A. Bassett, Esq. *(Pro Hac Vice)* |
| Tel.: (787) 977-5050 | 200 Park Avenue |
| Fax: (787) 977-5090 | New York, New York 10166 |
| | Telephone: (212)318-6000 |
| *Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members* | lucdespins@paulhastings.com |
| | jamesbliss@paulhastings.com |
| | nicholasbassett@paulhastings.com |
| | alexbongartz@paulhastings.com |
| | |
| | *Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA)* |

/s/ Juan J. Casillas Ayala
**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Luis F. Llach Zúñiga, Esq., (USDC - PR 2231112)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
lllach@cstlawpr.com

---

²    For the avoidance of doubt, this Notice pertains to adversary proceeding 19-296.

2

ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA)*

64446356 v2-WorkSiteUS-035179/0001
64446356 v3-WorkSiteUS-035179/0001

3